**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

October 7, 2020

LETTER MEMORANDUM

      RE:    <u>Crushing Corporation of America v. C. Norris Manufacturing LLC</u>
                Civil Case No. SAG-20-2526

Dear Counsel:

      I have reviewed the Motion to Transfer Venue filed by Defendant C. Norris Manufacturing LLC, ECF 9, and the opposition filed by Plaintiff Crushing Corporation of America ("Crushing"), ECF 14. No reply has been filed, and no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2018). For the reasons stated herein, the motion will be granted.

      The parties agree that the instant case is essentially identical to the case currently pending in the United States District Court for the Northern District of Ohio, following an Order to transfer venue entered in this Court on January 15, 2020. *See The Berg Corp. v. C. Norris Manuf., LLC*, Case No. 5:20-CV-00100-SL. Because it makes no sense to have identical cases pending in two jurisdictions simultaneously, the interest of justice overwhelmingly weighs in favor of transfer of this case to be joined with the existing case, irrespective of any other factors under 28 U.S.C. § 1404. This case will be transferred to the Northern District of Ohio, where presumably the two cases will be consolidated. To the extent Crushing (or its related entity, The Berg Corporation) wishes to argue that changed circumstances warrant re-transfer of the consolidated case back to Maryland, it should present its argument to the presiding judge in the Northern District of Ohio.

      A separate order follows.

                                                             Sincerely yours,

                                                          /s/

                                                       Stephanie A. Gallagher
                                                       United States District Judge